# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **BRUNSON, ROBINSON &** ) | |
| **HUFFSTUTLER ATTORNEYS, P.A.** ) | |
| **FKA/ BRUNSON, McGILL &** ) | |
| **ROBINSON ATTORNEYS, P.A.; AND** ) | |
| **STEVE BRUNSON,** ) | |
| ) | |
| **PLAINTIFFS,** ) | |
| ) | **Case No.:** |
| VS. ) | |
| ) | |
| **CNA INSURANCE COMPANIES;** ) | |
| **NATIONAL FIRE INSURANCE** ) | |
| **COMPANY OF HARTFORD; AND** ) | |
| **THOSE FICTITIOUS DEFENDANTS 1** ) | |
| **THROUGH 100, being those persons,** ) | |
| **firms, insurance companies, or entities** ) | |
| **who provided coverage to the plaintiff's** ) | |
| **building at 301 Broad Street, Gadsden,** ) | |
| **Alabama as of February 2014 whose** ) | |
| **names are otherwise unknown but will be** ) | |
| **added by Amendment when ascertained,** ) | |
| | |
| **DEFENDANTS.** | |

## NATIONAL FIRE INSURANCE COMPANY OF HARTFORD'S
## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT JUDGES
FOR THE NORTHERN DISTRICT OF ALABAMA:

National Fire Insurance Company of Hartford ("National Fire"), defendant

in Civil Action No. 31-CV-2020-900017.00, pending in the Circuit Court of

1

Etowah County, Alabama, hereby files this Notice of Removal from that court to the United States District Court for the Northern District of Alabama, Middle Division, on the basis of diversity of citizenship and amount in controversy in accordance with 28 U.S.C.§§ 1332 and 1441, and in accordance with the procedures specified by 28 U.S.C. § 1446(a) and (b).

## INTRODUCTION

1.1. On January 8, 2020, Plaintiffs Brunson, Robinson & Huffstutler Attorneys, P.A., formerly known as Brunson, McGill & Robinson Attorneys, P.A. ("Brunson P.A.); and Steve Brunson filed their *Plaintiff's Complaint* that commenced the matter styled *Brunson, Robinson & Huffstuftler Attorneys, P.A. fka/ Brunson, McGill & Robinson Attorneys, P.A. and Steve Brunson vs. CNA Insurance Companies, National Fire Insurance Company of Hartford, and Those Fictitious Defendants 1 through 100, being those persons, firms, insurance companies, or entities who provided coverage to the plaintiff's building at 301 Broad Street, Gadsen, Alabama as of February 2014 whose names are otherwise unknown but will be added by Amendment when ascertained*, assigned Civil Action No. 31-CV-2020-900017.00 (the "Lawsuit").

1.2. In the Lawsuit, Brunson P.A. and Steve Brunson assert that National Fire "partially settled" their claim for damage to 301 Broad Street, Gadsden, AL, 35902 (the "Property") under policy number 5094797254, a renewed copy of

which Plaintiffs attached to their Complaint.  Plaintiffs allege that the damage to the Property occurred in February 2014 and resulted after the City of Gadsden "caused a water main to be opened for approximately three days" that Plaintiffs alleges "flooded the Property.  Plaintiffs assert breach of contract, complaint on agreement, open account, and work and labor done.

1.3.   National Fire received Brunson P.A.'s *Plaintiff's Complaint* when it was served with summons on January 13, 2020.

1.4.   To date there is no indication that Plaintiffs have requested summons be issued for improperly-named "CNA Insurance Companies."[1]  However, in any event, "CNA Insurance Companies" is not a corporation or other legal entity, and thus, lacks capacity or status to be sued.[2]

---

[1]   *See, e.g., Clark v. Transcontinental Insurance Company,* 2009 WL 387129, at *6 (M.D.Ala. Feb. 13, 2009). "CNA" is a service mark registered with the United States Patent and Trademark Office. It does not issue insurance policies, does not have any employees, is not registered to do business in any state, and has no assets.  National Fire Insurance Company of Hartford is one of several insurance underwriting companies authorized to use the "CNA" service mark in its business operations.  Because "CNA Insurance Company" lacks capacity to be sued, an action brought against it is properly dismissed.  *See, e.g., Ware v. Coats Co., Inc.*, 635 So.2d 587 (La. App. 3 Cir. 1994).  Further, a judgment against "CNA Insurance Company" would be a nullity. *See, e.g., Assensoh v. Diamond Nails*, 2004-1130 (La. App. 4 Cir. 2/16/05); 897 So. 2d 806, 810, writ denied by 901 So. 2d 1073 (La. 2005).

[2]   Summons was issued for and served upon three entities that are not named in the title of the action.  Under Ala.R.Civ.P. Rule 10(a), those entities are not parties to the Lawsuit.  *See, e.g., Cofield v. McDonald's Corp.,*  514 So.2d 953 (Ala. 1987); *Corona v. Southern Guaranty Ins. Co., Inc.,* 314 So.2d 61, 63 (Ala. 1975). Because these entities are not parties to the Lawsuit, they are not "properly joined and served defendants" as required by 28 U.S.C. 1441.  As such, their consent to this removal is not required. *See, e.g., Seong Ho Hwang v. Gladden,* Case No. 3:16-cv-502-SRW, 2016 WL 9334726, at *8 (M.D.Ala. Dec. 21, 2016) (citations omitted).

1.5.    This Notice of Removal is filed within the thirty-day time period required by 28 U.S.C. § 1446(b).

1.6.    Filed with this Notice are all pleadings, process, orders and other filings in the state court action as required by 28 U.S.C. §1446(a), along with the required civil cover sheet.

1.7.    In addition, filed with this Notice is National Fire's disclosure statement as required by Federal Rule of Civil Procedure 7.1(b)(1).

## BASIS FOR REMOVAL

2.1.    Removal is proper under 28 U.S.C. §1332(a) because there is complete diversity between the parties to this lawsuit and, on information and belief, the amount in controversy exceeds $75,000, exclusive of interest and costs. Brunson, P.A. is an Alabama professional corporation with its principal place of business in Gadsden, AL.  Steve Brunson is an attorney with Brunson, P.A. and is a resident citizen of Alabama.  National Fire is an insurance company domesticated in the state of Illinois and has its principal place of business in the state of Illinois. There are no non-diverse defendants named in the Lawsuit.

2.2.    As for the three entities upon which summons has been issued that are not parties to the Lawsuit as previously addressed, none of those entities are forum defendants.  CNA ClaimPlus, Inc. is a Nevada corporation whose principal place of business is Chicago, Illinois, and CNA Solutions, Inc. is an Illinois corporation

4

whose principal place of business in Chicago, Illinois. CNA Holdings, Inc., which is wholly unrelated and not an entity that operates under the "CNA" service mark, is a New Jersey corporation. Again, as those entities are not "properly joined and served defendants" as required by 28 U.S.C. 1441, their consent to this removal is not required. It should also be noted that Brunson, P.A.'s *Plaintiff's Complaint* contains no allegations whatsoever in the body of *Plaintiff's Complaint* as to ClaimPlus, Inc., CNA Solutions, Inc., or CNA Holdings, Inc.

2.3. Exhibit A to Brunson, P.A.'s *Plaintiff's Complaint*, in fact, makes uncontestable that Brunson, P.A.'s contention that its "claim was partially settled" is a dispute solely between Brunson, P.A. and National Fire.

## TIMELINESS OF REMOVAL

3.1. Section 1446(b) of the removal statute directs that "notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise [of the complaint and summons]." National Fire's agent for service, CT Corporation System, was served the complaint and summons on or about January 13, 2020. Therefore, this action is timely removed.

## VENUE

4.1. Venue is proper in this district under 28 U.S.C. § 1441(a) because the Circuit Court of Etowah County, Alabama is included within the United States

District Court for the Northern District of Alabama, and the Middle Division thereof.

## WRITTEN NOTICE OF REMOVAL

5.1. In compliance with 28 U.S.C. § 1446(d), following the filing of this Notice, National Fire will promptly file with the Clerk of the Circuit Court of Etowah County, Alabama a true and correct copy of this Notice of Removal. A copy of the filed Notice of Removal also will be given to attorneys for the Plaintiffs.

## LIST OF ALL COUNSEL OF RECORD AS OF THE FILING OF THIS NOTICE

6.1. **Counsel for Brunson, P.A. and Steve Brunson**:

Steve P Brunson, Esq. (BRU005)
A Davis Bailey, Esq. (BAI065)
Brunson, Robinson & Huffstutler Attorneys, P.A.
301 Broad Street
PO Box 1189
Gadsden, AL 35902-1189
256-546-9205 – Telephone
256-546-8091 – Facsimile
Email: stbrun@brunsonlawfirm.com
Email: dabail@brunsonlawfirm.com

6.2. **Counsel for National Fire:**

Richard E. Smith, Esq.
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203-2696
(205) 795-6588 – Telephone
Email: resmith@csattorneys.com

– And –

Pamela Dunlop Gates (*Pro Hac Vice Application to be filed*)
Texas Bar No. 06239800
CNA Coverage Litigation Group
700 North Pearl Street, Suite 450
Dallas, Texas 75201
214.220.5900 – Main
214.220.5921 – Direct Dial
214.220.5902 – Facsimile
Email:  pamela.dunlopgates@cna.com

## CONCLUSION

This Notice of Removal is respectfully submitted as proper under 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332(a), as timely under 28 U.S.C. § 1446(b), and filed in accordance with the procedures specified under 28 U.S.C. §§ 1446(a) and (d).  Based upon the foregoing, and other documents filed contemporaneously with this Notice of Removal, which are fully incorporated herein by reference, National Fire Insurance Company of Hartford hereby removes this case to this Court for trial and determination.

                *s/ Richard E. Smith*
                Richard E. Smith (asb-6536-m69r)
                ATTORNEYS FOR DEFENDANT
                NATIONAL FIRE INSURANCE COMPANY
                OF HARTFORD

**OF COUNSEL:**

CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203-2696
Telephone:  (205) 795-6588
Email:  resmith@csattorneys.com

And

Pamela Dunlop Gates (*Pro Hac Vice Application to be filed*)
Texas Bar No. 06239800
CNA Coverage Litigation Group
Plaza of the Americas
700 North Pearl Street, Suite 450
Dallas, Texas 75201
214.220.5900 – Main
214.220.5921 – Direct Dial
214.220.5902 – Facsimile
pamela.dunlopgates@cna.com
ATTORNEYS FOR DEFENDANT NATIONAL FIRE INSURANCE COMPANY OF HARTFORD

## CERTIFICATE OF SERVICE

     I hereby certify that, on this the 10th day of February, 2020, I electronically filed the foregoing *Notice of Removal* using the CM/ECF system, which will provide notice and a copy of same to the following who, on information and belief, is a registered ECF filed in the United States District Court for the Northern District of Alabama. The undersigned further certifies that on February 10, 2020, a true and correct copy of the foregoing Notice of Removal was provided to the following via United States First Class Mail, postage prepaid:

Steve P Brunson, Esq. (BRU005)
A Davis Bailey, Esq. (BAI065)
BRUNSON, ROBINSON & HUFFSTUTLER ATTORNEYS, P.A.
301 Broad Street
PO Box 1189
Gadsden, AL 35902-1189
256-546-9205 – Telephone
256-546-8091 – Facsimile
Email: stbrun@brunsonlawfirm.com
Email: dabail@brunsonlawfirm.com
ATTORNEYS FOR PLAINTIFFS BRUNSON, ROBINSON & HUFFSTUTLER ATTORNEYS, P.A., FKA BRUNSON, MCGILL & ROBINSON ATTORNEYS, P.A., AND STEVE BRUNSON

                                            *s/ Richard E. Smith*
                                            Richard E. Smith